[No. 28934-2-II. Division Two. December 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE EARL COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00965-6, Terry D. Sebring, J., entered June 14, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 29182-7-II. Division Two. December 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SPIRO CHAMADIAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00423-9, Frederick B. Hayes and Lisa R. Worswick, JJ., entered August 7, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 29430-3-II. Division Two. December 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS A. CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00751-3, Stephanie A. Arend, J., entered October 3, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 29764-7-II. Division Two. December 16, 2003.]

JOHN MOSICH, ET AL., *Respondents*, v. SEABED HARVESTING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-10920-2, Karen L. Strombom, J., entered December 9, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.